UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH B. QUANSAH,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>  Defendants. | Case No. 5:15-cv-02571-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss, the Case Management Conference scheduled for November 12, 2015, is CONTINUED to **10:00 a.m. on January 28, 2016**. The parties shall file a Joint Case Management Conference Statement, or separate statements as appropriate under Civil Local Rule 16-9, on or before **January 21, 2016.**

**IT IS SO ORDERED.**

Dated:  October 21, 2015

                                                                        _____
                                                                        EDWARD J. DAVILA
                                                                        United States District Judge