UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNETH B. QUANSAH,

    Plaintiff,

  v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants.

Case No.  5:15-cv-02571-EJD

**ORDER TO SHOW CAUSE**

On December 8, 2015, the court issued an order granting several motions to dismiss and dismissed all of Plaintiff's claims, some with and some without leave to amend.  See Docket Item No. 53.  The court set a deadline of December 30, 2015, for the filing of an amended complaint.  To date, however, Plaintiff has not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **January 15, 2016**, file an amended complaint or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  January 6, 2016

                                            EDWARD J. DAVILA
                                            United States District Judge

1