UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH B. QUANSAH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | Case No.  5:15-cv-02571-EJD<br><br>**ORDER DISMISSING CASE** |

On January 6, 2016, the court issued an order to show cause which required Plaintiff Kenneth B. Quansah ("Plaintiff"), by January 15, 2016, to file an amended complaint or otherwise demonstrate good cause in writing why this case should not be dismissed after Plaintiff failed to file an amended complaint by the deadline originally imposed. See Docket Item No. 54.  The court advised Plaintiff that this action would be dismissed pursuant to Federal Rule of Civil Procedure 41(b) if he did not timely comply as directed.

On January 15, 2016, Plaintiff filed a document entitled "Plaintiff's Motion in Opposition to U.S. Postal Service Motion to Dismiss Complaint." See Docket Item No. 55.  The court has liberally construed that document, but does not find it in accord with the instructions provided by the court.  Accordingly, as of the date and time this order was filed, Plaintiff has not complied with the January 6th order and this case remains without a complaint.

Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  January 21, 2016

                                                                                                                                    _____<br>
                                                                                                                                    EDWARD J. DAVILA<br>
                                                                                                                                    United States District Judge

Case No.: 5:15-cv-02571-EJD<br>
ORDER DISMISSING CASE